

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY RAY CHANDLER<br>    FED. REG. NO. 11977-007<br>VS. | CIVIL ACTION NO. 09-0415<br><br>SECTION P<br><br>JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

And

| | |
|---|---|
| JOHNNY RAY CHANDLER<br>    FED. REG. NO. 11977-007<br>VS. | CIVIL ACTION NO. 09-1529<br><br>SECTION P<br><br>JUDGE DRELL |
| WARDEN J.P. YOUNG | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the above captioned Civil Actions be **CONSOLIDATED** and **DISMISSED WITH PREJUDICE** for failing to state claims for which *habeas corpus* relief may be granted. The pending Motion to Amend Complaint (Document No. 12, #09-01529) is DENIED as well.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___ day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE